# Nos. 2015-1601, -1602, -1610

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ROBERT BOSCH HEALTHCARE SYSTEMS, INC.,

*Appellant*,

v.

CARDIOCOM, LLC,

*Appellee*.

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00431, IPR2013-00449, IPR2013-00468

## APPELLEE CARDIOCOM, LLC'S UNOPPOSED MOTION FOR A 46-DAY EXTENSION OF TIME TO FILE ITS PRINCIPAL BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellee Cardiocom, LLC ("Cardiocom") respectfully moves for a 46-day extension of the time within which it may file its principal brief. Counsel for Appellant Robert Bosch Healthcare Systems, Inc. have informed counsel for Cardiocom that Appellant does not oppose this motion and will not file a response.

Cardiocom's principal brief is currently due on or before Thursday, September 3, 2015. Cardiocom respectfully requests that the briefing schedule be revised such that the deadline is extended by 46 days. If Cardiocom's request is granted, its principal brief would be due Monday, October 19, 2015. This Court has previously granted Appellant's unopposed request for a 21-day extension of

the time within which to file its opening brief.  Cardiocom has not previously sought an extension of time for filing its brief.

As set forth in the accompanying declaration of counsel, there is good cause for a 46-day extension of the time within which Cardiocom may file its principal brief.  The existing briefing schedule conflicts with other professional obligations of counsel for Cardiocom.  Cardiocom respectfully requests that its motion be granted.  A proposed order is included herewith.

Dated:  July 28, 2015                                    Respectfully submitted,

/s/ *Mark C. Fleming*
MARK C. FLEMING
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

*Counsel for Appellee Cardiocom, LLC*

# CERTIFICATE OF INTEREST

Counsel for Appellee Cardiocom, LLC certifies the following:

1. The full name of every party or *amicus* represented by us is:

    Cardiocom, LLC

2. The names of the real party in interest represented by us is:

    Medtronic, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    Cardiocom, LLC is a wholly owned subsidiary of Medtronic, Inc. Medtronic Inc. is a wholly owned subsidiary of Medtronic plc. Cardiocom, LLC is thus also a wholly owned subsidiary of Medtronic plc. Medtronic plc is a publicly held company. There are no other publicly held companies that own 10 percent or more of the stock of any party or amicus represented by us.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    WILMER CUTLER PICKERING HALE AND DORR LLP:  Mark C. Fleming, Rebecca A. Bact, Eric Fletcher

    MERCHANT & GOULD:  Daniel W. McDonald, Andrew J. Lagatta, William D. Schultz, Thomas J. Leach, Jeffrey D. Blake

    STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.:  David K.S. Cornwell, Richard D. Coller III, Kyle E. Conklin

Dated:  July 28, 2015                              /s/ *Mark C. Fleming*
                                                              Mark C. Fleming

**Nos. 2015-1601, -1602, -1610**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

ROBERT BOSCH HEALTHCARE SYSTEMS, INC.,

*Appellant*,

v.

CARDIOCOM, LLC,

*Appellee*.

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00431, IPR2013-00449, IPR2013-00468

**DECLARATION OF MARK C. FLEMING IN SUPPORT OF APPELLEE CARDIOCOM, LLC'S UNOPPOSED MOTION FOR A 46-DAY EXTENSION OF TIME TO FILE ITS PRINCIPAL BRIEF**

1.　　I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), counsel to Appellee Cardiocom, LLC ("Cardiocom") in this appeal. I am submitting this declaration of counsel in support of Cardiocom's motion for a 46-day extension of the time within which to file its principal brief.

2.　　Under the current briefing schedule, Cardiocom's principal brief is currently due on or before Thursday, September 3, 2015. Cardiocom respectfully requests that the briefing schedule be revised such that the deadline is extended by 46 days. If Cardiocom's request is granted, its principal brief would be due Monday, October 19, 2015. This Court has previously granted Appellant's

unopposed request for a 21-day extension of the time within which to file its opening brief.

3. The additional time requested herein is necessary to accommodate the professional schedule of Cardiocom's counsel in earlier-filed matters. In particular, I am scheduled to present argument before the *en banc* Ninth Circuit in *Almanza-Arenas v. Lynch*, Nos. 2009-71415, 2010-73715 (9th Cir.), during the week of September 8, 2015, and am also preparing Appellee's principal brief in *Thomas v. Pippin*, Nos. 2015-1575, -1577, -1578, -1579 (Fed. Cir.), which is also due on September 3, 2015.

5. Pursuant to Federal Circuit Rule 27(a)(5), counsel for Cardiocom has conferred with counsel for Appellant regarding this motion. Appellant does not oppose Cardiocom's request for a 46-day extension of the time within which to file its brief and will not file a response.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 28, 2015           /s/ *Mark C. Fleming*
                                    MARK C. FLEMING
                                    WILMER CUTLER PICKERING
                                        HALE AND DORR LLP
                                    60 State Street
                                    Boston, MA  02109
                                    (617) 526-6000

**Nos. 2015-1601, -1602, -1610**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

ROBERT BOSCH HEALTHCARE SYSTEMS, INC.,

*Appellant*,

v.

CARDIOCOM, LLC,

*Appellee*.

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00431, IPR2013-00449, IPR2013-00468

**ORDER**

Upon consideration of Appellee Cardiocom, LLC's Unopposed Motion For A 46-Day Extension of Time To File Its Principal Brief, IT IS HEREBY ORDERED THAT:

The motion is granted. Cardiocom, LLC's Principal Brief is to be filed on or before October 19, 2015.

Dated:_____, 2015           _____

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 28th day of July, 2015 I filed the foregoing Appellee Cardiocom LLC's Unopposed Motion For A 46-Day Extension Of Time To File Its Principal Brief with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

>                                    */s/ Mark C. Fleming*
>                                    MARK C. FLEMING
>                                    WILMER CUTLER PICKERING
>                                       HALE AND DORR LLP
>                                    60 State Street
>                                    Boston, MA  02109
>                                    (617) 526-6000

July 28, 2015